82,803-01

Abel Acosta - Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station


Date: April 23, 2015

RE: Writ No: 4327 W1

   Yes, My 11.07 petition was sent to this court on the 2
day of February, 2015. It was denied without written order.

   I never Received a copy of the trial courts findings of
facts Regarding habeas allegations.

   Is it possible for you to send me a copy only of the
trial courts fact findings on this writ number, or can you
tell me how much would it cost to purchase this finding
of the trial courts habeas Recommendation?

                                        Sincerly

                            Donald Jameson #1687020
                            2661 FM 2054 Tennessee
                            Colony TX 75884


RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk